ALFRED MITTELSTADT, Respondent, v. JEFFREY S. GRANGER et al., Individually and as Copartners Doing Business under the Name of SULZBACHER, GRANGER & COMPANY, Appellants, et al., Defendants.— No opinion. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur. [See *post,* p. 1024.]

VERA O'BRIEN et al., Respondents, v. SIMON SONDAK, Defendant, and GREEN BUS LINES, Appellant.— No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KIEMAC MFG. Co., INC., Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MCDOWELL, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL KIENAST, Appellant.— No opinion. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.